To: Clerk of U.S. District for Delaware

Fr: José O. Colon Jr.
  # 00123717   W-B-27
  J.T.V.C.C. 1181 Paddock Road
  Smyrna, DE    19977

Re: Filing of Official Notice to the
Parole Board of Delaware

February 29, 2024

Dear Clerk,

I have sent an Official Notice

to the Parole Board and a letter to

the new Warden at my Facility. I have

given a 30 day notice to respond prior to

taking legal action.

Please send a response that you received.


Respectfully,
José Ortez Colon, Jr.

To: Parole Board
820 North French Street 4th Floor
Wilmington, DE    19801

Fr: Jose' O. Colon
#00123917   W-B-27
J.T.V.C.C. 1181 Paddock Road
Smyrna DE  19977

Re: Denial of Parole on false and inaccurate
information in violation of 5th Amendment U.S.C.A
Via 14th Amendment U.S.C.A.

February 28, 2024

OFFICIAL NOTICE

Dear Members of the Parole Board:

This is your OFFICIAL NOTICE that

your last 2 denials of parole to me are

based on false and misaccurate information

in violation of the U.S. Constitution, you

have 30 days to release me on parole.
Respectfully,
Jose' Ortez Colon Jr.
XC: U.S. District Court

To: Warden Emig

From: Jose' O. Colon
      #00123717  Bldg. W-B-27
      J.T.V.C.C. 1181 Paddock Road
      Smyrna, DE 19977

Re: Release from prison

February 28, 2024

Dear Warden,

Enclosed is the letter that expressly shows
I'm entitled to be released. I'm also enclosing the
Parole Board's denial decisions on false and inaccurate
information and my long term treatment and
reentry plan through (a). Promise Program
(b). House of Mercy Transformation Center, and
(c). Centurion Reentry, Please read each
Carefully where you have the power to release me.
Respectfully,
Jose Ortez Colon